**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BICKFORD, JAMES A., JR. § Case No. 14-39525 | |
|      BICKFORD, JENNIFER L. § | |
| § | |
| Debtor(s)  § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 31, 2014. The undersigned trustee was appointed on October 31, 2014.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of     $ 7,704.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 21.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 7,682.94 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/21/2015 and the deadline for filing governmental claims was 05/21/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,520.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,520.40, for a total compensation of $1,520.40.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2015     By: /s/Richard M. Fogel
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-39525  
**Case Name:** BICKFORD, JAMES A., JR.  
BICKFORD, JENNIFER L.  
**Period Ending:** 05/26/15

**Trustee:** (330720) Richard M. Fogel  
**Filed (f) or Converted (c):** 10/31/14 (f)  
**§341(a) Meeting Date:** 12/16/14  
**Claims Bar Date:** 05/21/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Real estate located 3450 N. Ozanam Avenue, Chica<br>Imported from original petition Doc# 1 | 230,000.00 | 0.00 | | 0.00 | FA |
| 2  Lot 17 & 18 with 1995 Casavilla Park Model, Home<br>Imported from original petition Doc# 1 | 16,000.00 | 2,100.00 | | 0.00 | FA |
| 3  Cash on Hand<br>Imported from Amended Doc#: 19 | 5.00 | 0.00 | | 0.00 | FA |
| 4  Checking account with TCF Bank<br>Imported from Amended Doc#: 19 | 200.00 | 0.00 | | 0.00 | FA |
| 5  Savings account with Capital One 360<br>Imported from Amended Doc#: 19 | 20.00 | 0.00 | | 0.00 | FA |
| 6  Miscellaneous used household goods and furnishin<br>Imported from Amended Doc#: 19 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Books, Pictures, and CD's<br>Imported from Amended Doc#: 19 | 250.00 | 0.00 | | 0.00 | FA |
| 8  Wearing Apparel<br>Imported from Amended Doc#: 19 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  Miscellaneous Costume Jewelry<br>Imported from Amended Doc#: 19 | 250.00 | 0.00 | | 0.00 | FA |
| 10  Term Life Insurance policy through employer - (N<br>Imported from Amended Doc#: 19 | 0.00 | 0.00 | | 0.00 | FA |
| 11  Pension/ Retirement plan through employer - 100%<br>Imported from Amended Doc#: 19 | Unknown | 0.00 | | 0.00 | FA |
| 12  Estimated tax refund for year 2014 is $10,000.00  (u)<br>Imported from Amended Doc#: 19  (See Footnote) | 10,000.00 | 7,225.00 | | 7,704.00 | FA |
| 13  Automobile - 2007 Ford F150 Supercrew Pickup-1/2<br>Imported from Amended Doc#: 19 | 14,400.00 | 0.00 | | 0.00 | FA |
| 14  Automobile - 2003 Chevrolet Tahoe-1/2 Ton-V8 - U<br>Imported from Amended Doc#: 19 | 9,300.00 | 583.00 | | 0.00 | FA |
| **14  Assets  Totals** (Excluding unknown values) | **$281,925.00** | **$9,908.00** | | **$7,704.00** | **$0.00** |

RE PROP# 12    Amended schedules filed 1-9-15

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-39525
**Case Name:** BICKFORD, JAMES A., JR.
BICKFORD, JENNIFER L.
**Period Ending:** 05/26/15

**Trustee:** (330720) Richard M. Fogel
**Filed (f) or Converted (c):** 10/31/14 (f)
**§341(a) Meeting Date:** 12/16/14
**Claims Bar Date:** 05/21/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Claims bar date is 05-21-15

**Initial Projected Date Of Final Report (TFR):** December 31, 2015   **Current Projected Date Of Final Report (TFR):** December 31, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-39525  
**Case Name:** BICKFORD, JAMES A., JR.  
BICKFORD, JENNIFER L.  
**Taxpayer ID #:** **-***6725  
**Period Ending:** 05/26/15

**Trustee:** Richard M. Fogel (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/15 | {12} | JAMES AND JENNIFER BICKFORD | Non-exempt portion of income tax refunds | 1224-000 | 7,704.00 | | 7,704.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,694.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,682.94 |
| | | | ACCOUNT TOTALS | | 7,704.00 | 21.06 | $7,682.94 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,704.00 | 21.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,704.00 | $21.06 | |

Net Receipts :        7,704.00  
Net Estate :        $7,704.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6066 | 7,704.00 | 21.06 | 7,682.94 |
| | $7,704.00 | $21.06 | $7,682.94 |

{} Asset reference(s)

Printed: 05/26/2015 07:45 AM   V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 21, 2015

**Case Number:** 14-39525
**Debtor Name:** BICKFORD, JAMES A., JR.

Page: 1

**Date:** May 26, 2015
**Time:** 07:45:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | Richard M. Fogel<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,520.40 | $0.00 | 1,520.40 |
| NOTFILED 100 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Secured | XXXXX8264 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | First American Bank<br>700 Busse Rd<br>Elk Grove Vlg, IL 60007 | Secured | XXXXXX1255 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo<br>Po Box 29704<br>Phoenix, AZ 85038 | Secured | XXXXXXXXXXXXX9001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo<br>Po Box 29704<br>Phoenix, AZ 85038 | Secured | XXXXXXXXXXXXX9001 | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,640.56 | $0.00 | 10,640.56 |
| 2 610 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | | $365.94 | $0.00 | 365.94 |
| 3 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,329.52 | $0.00 | 4,329.52 |
| 4 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXXXXXXXXXX6623 | $1,873.61 | $0.00 | 1,873.61 |
| 5 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX2857 | $8,447.97 | $0.00 | 8,447.97 |
| 6 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. c/o Resurgent Capital<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $4,537.15 | $0.00 | 4,537.15 |
| NOTFILED 610 | Aes/Nct<br>Po Box 61047<br>Harrisburg, PA 17106 | Unsecured | XXXXXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 21, 2015

**Case Number:** 14-39525  
**Debtor Name:** BICKFORD, JAMES A., JR.

Page: 2

**Date:** May 26, 2015  
**Time:** 07:45:38 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Armor Systems Co<br>1700 Kiefer Dr Ste 1<br>Zion, IL 60099 | Unsecured | XXXXXX6856 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blitt and Gaines PC<br>Attn: Bankruptcy Dept.<br>661 Glenn Ave<br>Wheeling, IL 60090 | Unsecured | XXXX XX XX3522 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sallie Mae<br>Po Box 9655<br>Wilkes Barre, PA 18773 | Unsecured | XXXXXXXXXXXX2382 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 31,715.15 | 0.00 | 31,715.15 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-39525
Case Name: BICKFORD, JAMES A., JR.
Trustee Name: Richard M. Fogel

**Balance on hand:** $ 7,682.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,682.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,520.40 | 0.00 | 1,520.40 |

Total to be paid for chapter 7 administration expenses: $ 1,520.40
Remaining balance: $ 6,162.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,162.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,162.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 30,194.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,640.56 | 0.00 | 2,171.66 |
| 2 | Navient Solutions, Inc. | 365.94 | 0.00 | 74.69 |
| 3 | Discover Bank | 4,329.52 | 0.00 | 883.63 |
| 4 | American Express Centurion Bank | 1,873.61 | 0.00 | 382.39 |
| 5 | Synchrony Bank | 8,447.97 | 0.00 | 1,724.17 |
| 6 | PYOD, LLC its successors and assigns as assignee | 4,537.15 | 0.00 | 926.00 |

Total to be paid for timely general unsecured claims: $ 6,162.54
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**