UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 14-39525 |
| ) | |
| Bickford, James A., Jr. ) | |
| Bickford, Jennifer L. ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on June 30, 2015 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: May 28, 2015                By: /s/ Richard M. Fogel
                                       Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BICKFORD, JAMES A., JR.  § Case No. 14-39525
BICKFORD, JENNIFER L.  §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,704.00 |
| *and approved disbursements of* | $ 21.06 |
| *leaving a balance on hand of* [1] | $ 7,682.94 |
| **Balance on hand:** | $ 7,682.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,682.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,520.40 | 0.00 | 1,520.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,520.40 |
| Remaining balance: | $ 6,162.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,162.54 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   6,162.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,194.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,640.56 | 0.00 | 2,171.66 |
| 2 | Navient Solutions, Inc. | 365.94 | 0.00 | 74.69 |
| 3 | Discover Bank | 4,329.52 | 0.00 | 883.63 |
| 4 | American Express Centurion Bank | 1,873.61 | 0.00 | 382.39 |
| 5 | Synchrony Bank | 8,447.97 | 0.00 | 1,724.17 |
| 6 | PYOD, LLC its successors and assigns as assignee | 4,537.15 | 0.00 | 926.00 |

Total to be paid for timely general unsecured claims:   $   6,162.54
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Richard M. Fogel
Trustee

Richard M. Fogel
321 N. Clark Street
Suite 800
Chicago, IL 60654
(312) 276-1334
rfogel@shawfishman.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
James A. Bickford, Jr.  
Jennifer L. Bickford  
    Debtors

Case No. 14-39525-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1       User: acox       Page 1 of 1       Date Rcvd: May 29, 2015  
                      Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2015.
```
db/jdb       +James A. Bickford, Jr.,    Jennifer L. Bickford,    3450 N. Ozanam Avenue,
               Chicago, IL 60634-3010
22584315     +Aes/Nct,    Po Box 61047,    Harrisburg, PA 17106-1047
23228827      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22584316     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
22584319     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22584320     +Citi,    Po Box 6241,    Sioux Falls, SD 57101-6241
22584322     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
22584323     +First American Bank,    700 Busse Rd,    Elk Grove Vlg, IL 60007-2133
22973268      Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
22584326     +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22584317     +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 30 2015 01:28:57     Armor Systems Co,
               1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
22584318     +E-mail/Text: mmeyers@blittandgaines.com May 30 2015 01:28:51     Blitt and Gaines PC,
               Attn: Bankruptcy Dept.,    661 Glenn Ave,    Wheeling, IL 60090-6017
22959724      E-mail/PDF: mrdiscen@discover.com May 30 2015 01:29:18     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
22584321     +E-mail/PDF: mrdiscen@discover.com May 30 2015 01:29:18     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
23287562     +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2015 01:29:38
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22584324     +E-mail/PDF: pa_dc_claims@navient.com May 30 2015 01:29:14     Sallie Mae,    Po Box 9655,
               Wilkes Barre, PA 18773-9655
22584325     +E-mail/PDF: gecsedi@recoverycorp.com May 30 2015 01:29:24     Syncb/Abt Tv,    Po Box 981439,
               El Paso, TX 79998-1439
23273302      E-mail/PDF: gecsedi@recoverycorp.com May 30 2015 01:29:37     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2015                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2015 at the address(es) listed below:
```
              Joseph P Doyle    on behalf of Joint Debtor Jennifer L. Bickford joe@fightbills.com,
               courts@fightbills.com
              Joseph P Doyle    on behalf of Debtor James A. Bickford, Jr. joe@fightbills.com,
               courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                              TOTAL: 5
```