UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: BICKFORD, JAMES JR. A. § Case No. 14-39525
§
BICKFORD, JENNIFER L. §
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $271,925.00 | Assets Exempt: | $43,800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,162.54 | Claims Discharged Without Payment: | $36,960.21 |
| Total Expenses of Administration: | $1,541.46 | | |

3) Total gross receipts of $7,704.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,704.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $264,505.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,520.40 | $1,541.46 | $1,541.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $22,420.00 | $30,194.75 | $30,194.75 | $6,162.54 |
| **TOTAL DISBURSEMENTS** | $286,925.00 | $31,715.15 | $31,736.21 | $7,704.00 |

4) This case was originally filed under chapter 7 on 10/31/2014. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/05/2015     By: /s/ Richard M. Fogel
                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estimated tax refund for year 2014 is $10,000.00 | 1224-000 | $7,704.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,704.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Wells Fargo | 4110-000 | $20,325.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 4110-000 | $192,079.00 | NA | NA | NA |
| N/F | Wells Fargo | 4110-000 | $3,917.00 | NA | NA | NA |
| N/F | First American Bank | 4110-000 | $48,184.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$264,505.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | NA | NA | $21.06 | $21.06 |
| Richard M. Fogel | 2100-000 | NA | $1,520.40 | $1,520.40 | $1,520.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,520.40** | **$1,541.46** | **$1,541.46** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $0.00 | $10,640.56 | $10,640.56 | $2,171.66 |
| 2 | Navient Solutions, Inc. | 7100-900 | $0.00 | $365.94 | $365.94 | $74.69 |
| 3 | Discover Bank | 7100-900 | $0.00 | $4,329.52 | $4,329.52 | $883.63 |
| 4 | American Express Centurion Bank | 7100-900 | $1,045.00 | $1,873.61 | $1,873.61 | $382.39 |
| 5 | Synchrony Bank | 7100-900 | $8,447.00 | $8,447.97 | $8,447.97 | $1,724.17 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $0.00 | $4,537.15 | $4,537.15 | $926.00 |
| N/F | Armor Systems Co | 7100-000 | $60.00 | NA | NA | $0.00 |
| N/F | Sallie Mae | 7100-000 | $516.00 | NA | NA | $0.00 |
| N/F | Blitt and Gaines PC | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Blitt and Gaines PC | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Armor Systems Co | 7100-000 | $60.00 | NA | NA | $0.00 |
| N/F | Aes/Nct | 7100-000 | $5,888.00 | NA | NA | $0.00 |
| N/F | Sallie Mae | 7100-000 | $516.00 | NA | NA | $0.00 |
| N/F | Aes/Nct | 7100-000 | $5,888.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$22,420.00** | **$30,194.75** | **$30,194.75** | **$6,162.54** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 14-39525 |
|---|---|
| Case Name: | BICKFORD, JAMES JR. A. |
|  | BICKFORD, JENNIFER L. |
| For Period Ending: | 08/05/2015 |

| Trustee Name: | (330720) Richard M. Fogel |
|---|---|
| Date Filed (f) or Converted (c): | 10/31/2014 (f) |
| § 341(a) Meeting Date: | 12/16/2014 |
| Claims Bar Date: | 05/21/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located 3450 N. Ozanam Avenue, Chica | 230,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lot 17 & 18 with 1995 Casavilla Park Model, Home | 16,000.00 | 2,100.00 | | 0.00 | FA |
| 3 | Cash on Hand | 5.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with TCF Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Savings account with Capital One 360 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous used household goods and furnishin | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Books, Pictures, and CD's | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous Costume Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance policy through employer - (N | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Pension/ Retirement plan through employer - 100% | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 14-39525 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | BICKFORD, JAMES JR. A. / BICKFORD, JENNIFER L. | Date Filed (f) or Converted (c): | 10/31/2014 (f) |
| | | § 341(a) Meeting Date: | 12/16/2014 |
| For Period Ending: | 08/05/2015 | Claims Bar Date: | 05/21/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12* | Estimated tax refund for year 2014 is $10,000.00 (u) (See Footnote) | 10,000.00 | 7,225.00 | | 7,704.00 | FA |
| 13 | Automobile - 2007 Ford F150 Supercrew Pickup-1/2 | 14,400.00 | 0.00 | | 0.00 | FA |
| 14 | Automobile - 2003 Chevrolet Tahoe-1/2 Ton-V8 - U | 9,300.00 | 583.00 | | 0.00 | FA |
| | Assets    Totals    (Excluding unknown values) | **$281,925.00** | **$9,908.00** | | **$7,704.00** | **$0.00** |

RE PROP# 12    Amended schedules filed 1-9-15

---

**Major Activities Affecting Case Closing:**

Claims bar date is 05-21-15

**Initial Projected Date Of Final Report (TFR):**    12/31/2015        **Current Projected Date Of Final Report (TFR):**    05/28/2015

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-39525 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | BICKFORD, JAMES JR. A. BICKFORD, JENNIFER L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6725 | Account #: | ******6066 - Checking Checking Account |
| For Period Ending: | 08/05/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/19/2015 | {12} | JAMES AND JENNIFER BICKFORD | Non-exempt portion of income tax refunds | 1224-000 | 7,704.00 | | 7,704.00 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,694.00 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,682.94 |
| 07/01/2015 | 101 | Richard M. Fogel | Dividend paid 100.00% on $1,520.40, Trustee Compensation; Reference: | 2100-000 | | 1,520.40 | 6,162.54 |
| 07/01/2015 | 102 | Discover Bank | 20.40% dividend on Claim # 1, Ref: | 7100-900 | | 2,171.66 | 3,990.88 |
| 07/01/2015 | 103 | Navient Solutions, Inc. | 20.40% dividend on Claim # 2, Ref: | 7100-900 | | 74.69 | 3,916.19 |
| 07/01/2015 | 104 | Discover Bank | 20.40% dividend on Claim # 3, Ref: | 7100-900 | | 883.63 | 3,032.56 |
| 07/01/2015 | 105 | American Express Centurion Bank | 20.40% dividend on Claim # 4, Ref: XXXXXXXXXXXX6623 | 7100-900 | | 382.39 | 2,650.17 |
| 07/01/2015 | 106 | Synchrony Bank | 20.40% dividend on Claim # 5, Ref: XXXXXXXXXXXX2857 | 7100-900 | | 1,724.17 | 926.00 |
| 07/01/2015 | 107 | PYOD, LLC its successors and assigns as assignee | 20.40% dividend on Claim # 6, Ref: | 7100-900 | | 926.00 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Case 14-39525   Doc 34   Filed 08/18/15   Entered 08/18/15 14:15:57   Desc Main
Document      Page 9 of 10

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-39525 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | BICKFORD, JAMES JR. A. / BICKFORD, JENNIFER L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6725 | Account #: | ******6066 - Checking Checking Account |
| For Period Ending: | 08/05/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 7,704.00 | 7,704.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 7,704.00 | 7,704.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$7,704.00** | **$7,704.00** | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-39525 |
| **Case Name:** | BICKFORD, JAMES JR. A. BICKFORD, JENNIFER L. |
| **Taxpayer ID #:** | **-***6725 |
| **For Period Ending:** | 08/05/2015 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6066 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6066 - Checking Checking Account | $7,704.00 | $7,704.00 | $0.00 |
| | **$7,704.00** | **$7,704.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**